IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH DORN**  **PLAINTIFF**
ADC# 169545

v.     CASE NO. 4:21-CV-00609-BSM

**GARY M ARNOLD,** *et al.*  **DEFENDANTS**

## ORDER

Kenneth Dorn's complaint [Doc. No. 1] is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. Doc. No. 13.

IT IS SO ORDERED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE