IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH DORN**                                                                                      **PLAINTIFF**
**ADC# 169545**

v.                                   CASE NO. 4:21-CV-00609-BSM

**GARY M ARNOLD,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE